UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DEANNA L. GEIGER, et al.
Plaintiff(s),

v.

JOHN KITZHABER, et al.
Defendant(s).

Case No.: 6:13-cv-01834-MC

_____/

### Fed. R. Civ. P. 26(a) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** November 25, 2013

Signature: _____

| | |
|---|---|
| Name and OSB ID: | Lea Ann Easton, OSB# 881413 |
| E-mail Address: | leaston@dorsayindianlaw.com |
| Firm Name: | DORSAY & EASTON LLP |
| Mailing Address: | 1 S.W. Columbia Street, Suite 440 |
| City, State, Zip: | Portland, OR  97258 |
| Parties Represented: | Plaintiffs, Deanna L. Geiger, et al. |

cc: Counsel of Record

CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filings to all parties registered in the CM/ECF system for this matter.

**DORSAY & EASTON, LLP**

By: s/ Lea Ann Easton
Lea Ann Easton, OSB #881413
1 S.W. Columbia Street, Suite 440
Portland, OR 97258-2005
Phone: (503) 790-9060
Fax: (503) 790-9068
E-Mail: leaston@dorsayindianlaw.com