**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
**Misha Isaak**, OSB No. 086430
MIsaak@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222


**Jennifer Middleton**, OSB No. 071510
JMiddleton@jjlslaw.com
JOHNSON JOHNSON & SCHALLER PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Telephone: 541.683.2506
Facsimile: 541.484.0882

Cooperating attorneys on behalf of the
ACLU Foundation of Oregon, Inc.

**Kevin Díaz**, OSB No. 970480
KDiaz@aclu-or.org
ACLU FOUNDATION OF OREGON, INC.
P.O. Box 40585
Portland, OR 97240
Telephone:  503.227.6928
Facsimile:  503.227.6948


**Rose Saxe** *
RSaxe@aclu.org
**Amanda Goad** *
AGoad@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212.549.2627
Facsimile: 212.549.2650

* Pro hac vice applications pending

Attorneys for Plaintiffs Rummell, West, Chickadonz, Tanner, and Basic Rights Education Fund

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| PAUL RUMMELL and BENJAMIN WEST; LISA CHICKADONZ and CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN KITZHABER, in his official capacity as Governor of Oregon; ELLEN ROSENBLUM, in her official capacity as Attorney General of Oregon; JENNIFER WOODWARD, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority, and RANDY WALDRUFF, in his official capacity as Multnomah County Assessor,<br><br>*Defendants*. | No. 6:13-cv-02256-TC<br><br><br>**MOTION TO CONSOLIDATE**<br><br>Pursuant to Fed. R. Civ. P. 42<br><br>By Plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund |

1-  MOTION TO CONSOLIDATE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DEANNA L. GEIGER and JANINE M.
NELSON; ROBERT DUEHMIG and
WILLIAM GRIESAR,

               *Plaintiffs*,

      v.

JOHN KITZHABER, in his official
capacity as Governor of Oregon; ELLEN
ROSENBLUM, in her official capacity as Attorney
General of Oregon; JENNIFER WOODWARD, in
her official capacity as State Registrar, Center for
Health Statistics, Oregon Health Authority, and
RANDY WALDRUFF, in his official capacity as
Multnomah County Assessor,

               *Defendants.*

No. 6:13-cv-01834-MC

## CONFERRAL CERTIFICATION

Jennifer Middleton, counsel for plaintiffs Paul Rummell, Benjamin West, Lisa
Chickadonz, Christine Tanner, and Basic Rights Education Fund, attempted to confer in good
faith with Lea Ann Easton and Lake Perriguey, counsel for plaintiffs Deanna L. Geiger, Janine
M. Nelson, Robert Duehmig, and William Griesar; Sheila Potter, counsel for John Kitzhaber,
Ellen Rosenblum, and Jennifer Woodward; and Kate von Ter Stegge, counsel for Randy
Wuldruff.  Mr. Perriguey, Ms. Potter, and Ms. von Ter Stegge all declined consent to the motion
before having had an opportunity to review and consider the complaint filed in *Rummel et al. v.
Kitzhaber et al.*, No. 6:13-cv-02256-TC, and briefing on this motion.

## MOTION

Plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic
Rights Education Fund respectfully move the Court, pursuant to Federal Rule of Civil Procedure

2-   MOTION TO CONSOLIDATE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

42(a)(2), to consolidate the action captioned *Rummel et al. v. Kitzhaber et al.*, No. 6:13-cv-02256-TC, with the action captioned *Geiger et al. v. Kitzhaber et al.*, No. 6:13-cv-01834-MC.


DATED:  December 20, 2013

s/ *Thomas R. Johnson*
_____
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
**Misha Isaak**, OSB No. 086430
MIsaak@perkinscoie.com
Perkins Coie LLP
Telephone:  503.727.2000

**Jennifer Middleton**, OSB No. 071510
JMiddleton@jjlslaw.com
Johnson Johnson & Schaller PC
Telephone:  541.683.2506

Cooperating attorneys on behalf of the
ACLU Foundation of Oregon, Inc.


**Kevin Díaz**, OSB No. 970480
ACLU Foundation of Oregon, Inc.
KDiaz@aclu-or.org
Telephone:  503.227.6928

**Rose Saxe**\*
RSaxe@aclu.org
Telephone: 212.549.2627
**Amanda Goad**\*
AGoad@aclu.org
Telephone: 213.977.5244
American Civil Liberties Union Foundation

Attorneys for Plaintiffs Rummell, West,
Chickadonz, Tanner, and Basic Rights
Education Fund


\* Pro hac vice applications pending

3-   MOTION TO CONSOLIDATE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222