JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY
Jenny M. Madkour, OSB No. 98298
County Attorney
Katharine von Ter Stegge, OSB No. 032300
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214-3587
Telephone:  (503) 988-3138
Facsimile:  (503) 988-3377
E-mail:      jenny.m.madkour@multco.us
             katevts@multco.us
   Of Attorneys for Defendant Randy Walruff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| **DEANNE L. GEIGER** and **JANINE M. NELSON, ROBERT DUEHMIG** and **WILLIAM GRIESAR,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**JOHN KITZHABER,** in his official capacity as Governor of Oregon, **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon, **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center of Health Statistics, Oregon Health Authority, and **RANDY WALRUFF**, in his official capacity as Multnomah County Assessor,<br><br>                    Defendants. | Civil No. 6:13-CV-01834-MC<br><br>DEFENDANT RANDY WALRUFF'S RESPONSE TO MOTION TO CONSOLIDATE |

Page 1 – DEFENDANT RANDY WALRUFF'S RESPONSE TO MOTION TO
        CONSOLIDATE

Multnomah County Attorney
501 S.E. Hawthorne Blvd., Rm. 500
Portland, Oregon 97214-3587
(503) 988-3138

Defendant Randy Walruff takes no position on Plaintiffs' Motion to Consolidate Geiger, et al. and Rummell, et al. and defers to the discretion of the Court.

DATED this 14th day of January, 2014.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

**/s/ Katharine von Ter Stegge**
_____
Jenny M. Madkour, OSB No. 98298
County Attorney
Katharine von Ter Stegge, OSB No. 032300
  Of Attorneys for Defendant Walruff

Page 2 – DEFENDANT RANDY WALRUFF'S RESPONSE TO MOTION TO
         CONSOLIDATE

Multnomah County Attorney
501 S.E. Hawthorne Blvd., Rm. 500
Portland, Oregon 97214-3587
(503) 988-3138