ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
ANNA M. JOYCE #013112
Solicitor General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sheila.Potter@doj.state.or.us
         anna.joyce@doj.state.or.us

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DEANNA L. GEIGER** and **JANINE M. NELSON, ROBERT DUEHMIG** and **WILLIAM GRIESAR**,<br><br>       Plaintiffs,<br><br>       v.<br><br>**JOHN KITZHABER,** in his official capacity as Governor of Oregon, **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon, **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority, and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,<br><br>       Defendants. | Case No. 6:13-cv-01834-MC<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

Page 1 -    NOTICE OF ASSOCIATION OF COUNSEL
            SP3/cjw/4891714-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

State Defendants John Kitzhaber, Ellen Rosenblum, and Jennifer Woodward hereby give notice that Anna Joyce, Solicitor General, is now an additional counsel of record in this proceeding.

Sheila H. Potter, Deputy Chief Trial Counsel, continues as lead counsel.

The address for the receipt of all correspondence and pleadings remains the same.

DATED January __22__, 2014.

                                      Respectfully submitted,

                                      ELLEN F. ROSENBLUM
                                      Attorney General

                                          s/ Sheila H. Potter
                                      SHEILA H. POTTER #993485
                                      Deputy Chief Trial Counsel
                                      ANNA M. JOYCE #013112
                                      Solicitor General
                                      Trial Attorneys
                                      sheila.potter@doj.state.or.us
                                      anna.joyce@doj.state.or.us
                                      Of Attorneys for State Defendants

Page 2 -   NOTICE OF ASSOCIATION OF COUNSEL
          SP3/cjw/4891714-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000