Roger K. Harris (OSB No. 78046)
HARRIS BERNE CHRISTENSEN LLP
5000 SW Meadows Road, Suite 400
Lake Oswego, OR 97035
(503) 968-1475; (503) 968-2003 Fax
roger@hbclawyers.com

John C. Eastman (Cal. Bar No. 193726)*
CENTER FOR CONSTITUTIONAL JURISPRUDENCE
c/o Chapman University Fowler School of Law
One University Dr.
Orange, CA 92866
(877) 855-3330; (714) 844-4817 Fax
jeastman@chapman.edu
    * Application for Admission Pro Hac Vice pending

Attorneys for Proposed Intervenor

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DEANNA L. GEIGER**, **JANINE M. NELSON, ROBERT DUEHMIG** and **WILLIAM GRIESAR**,<br><br>                                      *Plaintiffs*,<br><br>v.<br><br>**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,<br><br>                                      *Defendants*, | Case No.: 6:13-cv-01834-MC (Lead Case)<br>     and<br>Case No.: 6:13-cv-02256-MC (Trailing Case)<br><br>MOTION TO INTERVENE<br>PURSUANT TO FED. R. CIV. P. 24<br><br>EXPEDITED HEARING REQUESTED |

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

        *Proposed Intervenor*.

---

**PAUL RUMMELL** and **BENJAMIN WEST; LISA CHICKADONZ** and **CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND**,

        *Plaintiffs*,

v.

**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,

        *Defendants*,

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

        *Proposed Intervenor*.

## RULE 7-1 CERTIFICATION

In compliance with LR 7-1, counsel for Proposed Intervenor conferred in good faith, via telephonic conferences and follow-up e-mails, on Monday, April 21, 2014, with Lea Ann Easton and Lake Perriguey, counsel for plaintiffs Deanna L. Geiger, Janine M. Nelson, Robert Duehmig, and William Griesar (Case No. 6:13-cv-01834-MC); Jennifer Middleton, counsel for plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund (Case No. 6:13-cv-02256-MC); Sheila Potter, counsel for defendants John

Kitzhaber, Ellen Rosenblum, and Jennifer Woodward (both cases); and Kate von Ter Stegge, counsel for defendant Randy Wuldruff (both cases).  All parties in the consolidated cases declined to consent to Proposed Intervenor's Motion to Intervene.

## MOTION[1]

Proposed Intervenor respectfully requests an order allowing it to intervene in these consolidated cases as a matter of right pursuant to Federal Rule 24(a), or alternatively permissively pursuant to Federal Rule 24(b), in order to safeguard significant protectable interests of its Oregon members in the subject matter of these lawsuits, to prevent a collusive suit on an immensely important public policy issue, and to ensure the possibility of appellate review of this Court's ultimate decision.

This motion is based upon the Memorandum of Points and Authorities in Support of Motion to Intervene and Declaration of Brian Brown filed contemporaneously herewith.

Pursuant to Federal Rule 24(c), proposed answers in intervention are filed concurrently with this motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] After this motion was prepared and ready to file, counsel for Proposed Intervenor was made aware of information that may warrant a motion for recusal.  Counsel will review that information and, if warranted, file a motion to recuse forthwith.

Dated this 21st of April, 2014.   /s/ Roger K. Harris
Roger K. Harris (OSB No. 78046)
HARRIS BERNE CHRISTENSEN LLP

John C. Eastman (Cal. Bar No. 193726)*
CENTER FOR CONSTITUTIONAL JURISPRUDENCE

Attorneys for Proposed Intervenor
National Organization for Marriage,
on behalf of its Oregon members

\* Pro Hac Vice Application pending

PROPOSED INTERVENOR'S MOTION TO INTERVENE - 4