Roger K. Harris (OSB No. 78046)
HARRIS BERNE CHRISTENSEN LLP
5000 SW Meadows Road, Suite 400
Lake Oswego, OR 97035
(503) 968-1475; (503) 968-2003 Fax
roger@hbclawyers.com

John C. Eastman (Cal. Bar No. 193726)*
CENTER FOR CONSTITUTIONAL JURISPRUDENCE
c/o Chapman University Fowler School of Law
One University Dr.
Orange, CA 92866
(877) 855-3330; (714) 844-4817 Fax
jeastman@chapman.edu
   * Application for Admission Pro Hac Vice pending

Attorneys for Proposed Intervenor

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DEANNA L. GEIGER**, **JANINE M. NELSON, ROBERT DUEHMIG** and **WILLIAM GRIESAR**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,<br><br>*Defendants*, | Case No.: 6:13-cv-01834-MC (Lead Case)<br>Case No.: 6:13-cv-02256-MC (Trailing Case)<br><br>INTERVENOR NATIONAL ORGANIZATION FOR MARRIAGE, INC.'S CORPORATE DISCLOSURE |

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

        *Proposed Intervenor*.

---

**PAUL RUMMELL** and **BENJAMIN WEST; LISA CHICKADONZ** and **CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND**,

        *Plaintiffs*,

v.

**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,

        *Defendants*,

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

        *Proposed Intervenor*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

INTERVENOR NATIONAL ORGANIZATION FOR MARRIAGE, INC.'S CORPORATE DISCLOSURE - 2

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Intervenor NATIONAL ORGANIZATION FOR MARRIAGE, INC. ("Intervenor") discloses that it has no parent corporations or publicly-held corporation owning 10% or more of Intervenor's stock.

Dated this 21st of April, 2014.   s/ Roger K. Harris
Roger K. Harris (OSB No. 78046)
HARRIS BERNE CHRISTENSEN LLP

John C. Eastman (Cal. Bar No. 193726)*
CENTER FOR CONSTITUTIONAL JURISPRUDENCE

Attorneys for Intervenor
National Organization for Marriage,
on behalf of its Oregon members

* Pro Hac Vice Application pending