Roger K. Harris (OSB No. 78046)
HARRIS BERNE CHRISTENSEN LLP
5000 SW Meadows Road, Suite 400
Lake Oswego, OR 97035
(503) 968-1475; (503) 968-2003 Fax
roger@hbclawyers.com

John C. Eastman (Cal. Bar No. 193726)*
CENTER FOR CONSTITUTIONAL JURISPRUDENCE
c/o Chapman University Fowler School of Law
One University Dr.
Orange, CA 92866
(877) 855-3330; (714) 844-4817 Fax
jeastman@chapman.edu
   * Application for Admission Pro Hac Vice pending

Attorneys for Proposed Intervenor

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DEANNA L. GEIGER**, **JANINE M. NELSON, ROBERT DUEHMIG** and **WILLIAM GRIESAR**,<br>*Plaintiffs*,<br>v.<br>**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,<br>*Defendants*, | Case No.: 6:13-cv-01834-MC (Lead Case)<br>Case No.: 6:13-cv-02256-MC (Trailing Case)<br><br>INTERVENOR'S MOTION TO POSTPONE SUMMARY JUDGMENT HEARING AND EXTEND TIME FOR SUBMITTING RULE 56 MEMORANDA<br><br>EXPEDITED HEARING REQUESTED |

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

    *Proposed Intervenor*.

---

**PAUL RUMMELL** and **BENJAMIN WEST; LISA CHICKADONZ** and **CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND**,

    *Plaintiffs*,

v.

**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,

    *Defendants*,

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

    *Proposed Intervenor*.

## RULE 7-1 CERTIFICATION

In compliance with LR 7-1, counsel for Proposed Intervenor conferred in good faith, via telephonic conferences and follow-up e-mails, on Monday, April 21, 2014, with Lea Ann Easton and Lake Perriguey, counsel for plaintiffs Deanna L. Geiger, Janine M. Nelson, Robert Duehmig, and William Griesar (Case No. 6:13-cv-01834-MC); Jennifer Middleton, counsel for plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund (Case No. 6:13-cv-02256-MC); Sheila Potter, counsel for defendants John

Kitzhaber, Ellen Rosenblum, and Jennifer Woodward (both cases); and Kate von Ter Stegge, counsel for defendant Randy Waldruff (both cases).  No party in the consolidated cases consented to Proposed Intervenor's request to continue the hearing on Plaintiffs' Motions for Summary Judgment.

## MOTION

NOW COMES Proposed Intervenor National Organization for Marriage, Inc. ("NOM"), by and through her attorneys, and moves the court pursuant to LR 16-3 for an order amending the Court's January 22, 2014 pretrial and discovery order ("Court's January 22, 2014 Order") and LR 7-1(f) extending time limits for Rule 56 motions as follows: Intervenor's Response to Plaintiffs' respective motions for summary judgment to be filed by May 12, 2014 (21 days following filing of NOM's motion to intervene); Plaintiffs' Reply Briefs, if any, to be filed 14 days thereafter, by May 26, 2014; Oral Argument set for Wednesday, June 4, 2014.

NOM moved to intervene on April 21, 2014, in order to safeguard significant protectable interests of its Oregon members in the subject matter of these lawsuits, to prevent a collusive suit on an immensely important public policy issue, and to ensure the possibility of appellate review of this Court's ultimate decision.  It plans on submitting a preliminary opposition to the motions for summary judgment before the end of the day on April 22, 2014.  A continuance would allow NOM an opportunity to prepare a final and more comprehensive brief in opposition and also allow Plaintiffs an opportunity to file Reply briefs addressing the substantive legal issues that NOM will raise in its brief in opposition.

This motion is based on the above stated authority as well as the previously filed Motion to Intervene and accompanying Memorandum of Points and Authorities and Declaration.

Dated this 22nd of April, 2014.    s/ Roger K. Harris
Roger K. Harris (OSB No. 78046)
HARRIS BERNE CHRISTENSEN LLP

John C. Eastman (Cal. Bar No. 193726)*
CENTER FOR CONSTITUTIONAL JURISPRUDENCE

Attorneys for Proposed Intervenor
National Organization for Marriage,
on behalf of its Oregon members

* Pro Hac Vice Application pending