**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
**Misha Isaak**, OSB No. 086430
MIsaak@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Jennifer Middleton**, OSB No. 071510
JMiddleton@jjlslaw.com
JOHNSON JOHNSON & SCHALLER PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Telephone: 541.683.2506
Facsimile: 541.484.0882

**Kevin Díaz**, OSB No. 970480
KDiaz@aclu-or.org
ACLU FOUNDATION OF OREGON, INC.
P.O. Box 40585
Portland, OR 97240
Telephone:  503.227.6928
Facsimile:  503.227.6948

**Rose Saxe**, *pro hac vice*
RSaxe@aclu.org
**Amanda Goad**, *pro hac vice*
AGoad@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212.549.2627
Facsimile: 212.549.2650

Cooperating attorneys on behalf of the
ACLU Foundation of Oregon, Inc.

Attorneys for Plaintiffs Rummell, West, Chickadonz, Tanner, and Basic Rights Education Fund

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| PAUL RUMMELL and BENJAMIN WEST; LISA CHICKADONZ and CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN KITZHABER, in his official capacity as Governor of Oregon; ELLEN ROSENBLUM, in her official capacity as Attorney General of Oregon; JENNIFER WOODWARD, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority, and RANDY WALRUFF, in his official capacity as Multnomah County Assessor,<br><br>*Defendants*. | No. 6:13-cv-02256-MC<br><br>**SUPPLEMENTAL DECLARATION OF PAUL RUMMELL** |

1- SUPPLEMENTAL DECLARATION OF PAUL RUMMELL

86959-0002/LEGAL120537941.1

| | |
|---|---|
| DEANNA L. GEIGER and JANINE M. NELSON; ROBERT DUEHMIG and WILLIAM GRIESAR,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN KITZHABER, in his official capacity as Governor of Oregon; ELLEN ROSENBLUM, in her official capacity as Attorney General of Oregon; JENNIFER WOODWARD, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority, and RANDY WALRUFF, in his official capacity as Multnomah County Assessor,<br><br>*Defendants*. | No. 6:13-cv-01834-MC |

I, Paul Rummell, do declare as follows:

1. My name is Paul Rummell and I, along with my partner Benjamin West, am a plaintiff in this case.

2. The adoption of our son, L.B., was finalized on February 18, 2014. February 18th has a particular significance to me because that was my father's birthday. Even though he has passed away, he and L.B. will always share that special day.

3. Ben and I are listed as co-parents on the adoption certificate. We are thrilled that the adoption process has concluded and look forward to being able to provide L.B. with a stable and supportive home for years to come.

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and is based on my personal knowledge and belief.*

Dated this 18 day of April, 2014, at Portland, Oregon.

Paul Rummell

2- SUPPLEMENTAL DECLARATION OF PAUL RUMMELL

86959-0002/LEGAL120537941.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222