Roger K. Harris (OSB No. 78046)
HARRIS BERNE CHRISTENSEN LLP
5000 SW Meadows Road, Suite 400
Lake Oswego, OR 97035
(503) 968-1475; (503) 968-2003 Fax
roger@hbclawyers.com

John C. Eastman (Cal. Bar No. 193726)*
CENTER FOR CONSTITUTIONAL JURISPRUDENCE
c/o Chapman University Fowler School of Law
One University Dr.
Orange, CA 92866
(877) 855-3330; (714) 844-4817 Fax
jeastman@chapman.edu

  * Admitted *Pro Hac Vice*

Attorneys for Proposed Intervenor

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DEANNA L. GEIGER**, **JANINE M. NELSON, ROBERT DUEHMIG** and **WILLIAM GRIESAR**,<br><br>                                    *Plaintiffs*,<br><br>v.<br><br>**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,<br><br>                                    *Defendants*, | Case No.: 6:13-cv-01834-MC (Lead Case)<br>Case No.: 6:13-cv-02256-MC (Trailing Case)<br><br>The Honorable Michael J. McShane, Judge<br><br>NOTICE OF APPEAL |

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

   *Proposed Intervenor*.

---

**PAUL RUMMELL** and **BENJAMIN WEST; LISA CHICKADONZ** and **CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND**,

   *Plaintiffs*,

v.

**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,

   *Defendants*,

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

   *Proposed Intervenor*.

   Notice is hereby given under Fed. R. App. P. 3 that Proposed Intervenor National Organization for Marriage, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order of the United States District Court for the District of Oregon denying its motion to intervene, dated May 14, 2014.

Dated this 15th of May, 2014.    s/ Roger K. Harris
                Roger K. Harris (OSB No. 78046)
                HARRIS BERNE CHRISTENSEN LLP

                John C. Eastman (Cal. Bar No. 193726)*
                CENTER FOR CONSTITUTIONAL JURISPRUDENCE

                Attorneys for Proposed Intervenor
                National Organization for Marriage,
                on behalf of its Oregon members

                * Admitted *Pro Hac Vice*