Roger K. Harris (OSB No. 78046)
HARRIS BERNE CHRISTENSEN LLP
5000 SW Meadows Road, Suite 400
Lake Oswego, OR 97035
(503) 968-1475; (503) 968-2003 Fax
roger@hbclawyers.com

John C. Eastman (Cal. Bar No. 193726)*
CENTER FOR CONSTITUTIONAL JURISPRUDENCE
c/o Chapman University Fowler School of Law
One University Dr.
Orange, CA 92866
(877) 855-3330; (714) 844-4817 Fax
jeastman@chapman.edu

  * Admitted *Pro Hac Vice*

Attorneys for Proposed Intervenor

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DEANNA L. GEIGER**, **JANINE M. NELSON, ROBERT DUEHMIG** and **WILLIAM GRIESAR**,<br>*Plaintiffs*,<br>v.<br>**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,<br>*Defendants*, | Case No.: 6:13-cv-01834-MC (Lead Case)<br>Case No.: 6:13-cv-02256-MC (Trailing Case)<br><br>The Honorable Michael J. McShane, Judge<br><br>NOTICE OF APPEAL |

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

        *Proposed Intervenor*.

---

**PAUL RUMMELL** and **BENJAMIN WEST; LISA CHICKADONZ** and **CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND**,

        *Plaintiffs*,

v.

**JOHN KITZHABER**, in his official capacity as Governor of Oregon; **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon; **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority; and **RANDY WALDRUFF**, in his official capacity as Multnomah County Assessor,

        *Defendants*,

and

**NATIONAL ORGANIZATION FOR MARRIAGE, INC.**, on behalf of their Oregon members,

        *Proposed Intervenor*.

      Notice is hereby given under Fed. R. App. P. 3 that Proposed Intervenor National Organization for Marriage, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order and judgment of the United States District Court for the District of Oregon declaring unconstitutional and permanently enjoining enforcement of Article IX, Section 5a of the Oregon Constitution and related statutes, dated May 19, 2014. This is a protective appeal pursuant to *Brennan v. Silvergate Dist. Lodge No. 50, Int'l Ass'n of Machinists & Aerospace Workers, AFL-CIO*, 503 F.2d 800, 803 (9th Cir. 1974) and *Mausolf v. Babbitt*, 125 F.3d 661, 666 (8th Cir. 1997). *See also* 15A Charles Alan Wright, Arthur R. Miller & Edward H. Cooper, Federal Practice and Procedure § 3902.1, at 113 (2d ed.1991) ("If final judgment is entered with or after the denial of intervention, ... the applicant should be permitted to file a protective notice of appeal as to the judgment, to become effective if the denial of intervention is reversed").

Dated this 22nd of May, 2014.      s/ Roger K. Harris
      Roger K. Harris (OSB No. 78046)
      HARRIS BERNE CHRISTENSEN LLP

      John C. Eastman (Cal. Bar No. 193726)*
      CENTER FOR CONSTITUTIONAL JURISPRUDENCE

      Attorneys for Proposed Intervenor
      National Organization for Marriage,
      on behalf of its Oregon members

      * Admitted *Pro Hac Vice*