**Lake James H. Perriguey**, OSB No. 983213
lake@law-works.com
LAW WORKS LLC
1906 SW Madison Street
Portland, OR  97205-1718
Telephone:  (503) 227-1928

**Lea Ann Easton**, OSB No. 881413
leaston@dorsayindianlaw.com
DORSAY & EASTON LLP
1 SW Columbia Street, Suite 440
Portland, OR  97258
Telephone:  (503) 790-9060
Attorneys for Plaintiffs Geiger, Nelson, Deuhmig & Griesar

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **DEANNA L. GEIGER** and **JANINE M. NELSON, ROBERT DUEHMIG** and **WILLIAM GRIESAR**,<br><br>       Plaintiffs,<br><br>   v.<br><br>**JOHN KITZHABER**, in his official capacity as Governor of Oregon, **ELLEN ROSENBLUM**, in her official capacity as Attorney General of Oregon, **JENNIFER WOODWARD**, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority,  and **RANDY WALRUFF**, in his official capacity as Multnomah County Assessor,<br><br>       Defendants.<br><br>**PAUL RUMMELL** and **BENJAMIN WEST; LISA CHICKADONZ** and **CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND**,<br>         Plaintiffs, | Case No. 6:13-cv-01834-MC (Lead Case)<br>Case No. 6:13-cv-02256-TC (Trailing Case)<br><br><br>**GEIGER PLAINTIFFS' MOTION FOR ATTORNEY FEES** |

Page 1    -

v.

**JOHN KITZHABER**, in his official capacity
as Governor of Oregon; **ELLEN
ROSENBLUM**, in her official capacity as
Attorney General of Oregon; **JENNIFER
WOODWARD**, in her official capacity as
State Registrar, Center for Health Statistics,
Oregon Health Authority; and **RANDY
WALDRUFF**, in his official capacity as
Multnomah County Assessor,
                         Defendants.

*Geiger* Plaintiffs, by and through their attorneys, respectfully move the court

pursuant to Rule 54 of the Federal Rules of Civil Procedure and pursuant to District of Oregon

Local Rule 54 to order Defendants to pay attorney fees and costs to the *Geiger* Plaintiffs.  This

motion is made under the authority of 42 U.S.C. § 1988 and is based on the case record and on

the supporting memorandum and declarations.


DATED  June 17,  2014.          /s/ Lake James H. Perriguey
                                Lake James H. Perriguey, OSB No. 983213
                                lake@law-works.com
                                LAW WORKS LLC
                                Telephone:  (503) 227-1928

                                Lea Ann Easton
                                DORSAY & EASTON, PC