**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
**Misha Isaak**, OSB No. 086430
MIsaak@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**Jennifer Middleton**, OSB No. 071510
JMiddleton@justicelawyers.com
JOHNSON JOHNSON & SCHALLER PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Telephone: 541.683.2506
Facsimile: 541.484.0882

**Kevin Díaz**, OSB No. 970480
KDiaz@aclu-or.org
ACLU FOUNDATION OF OREGON, INC.
P.O. Box 40585
Portland, OR 97240
Telephone: 503.227.6928
Facsimile: 503.227.6948

**Rose Saxe**, *pro hac vice*
RSaxe@aclu.org
**Amanda Goad**, *pro hac vice*
AGoad@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212.549.2627
Facsimile: 212.549.2650

Cooperating attorneys on behalf of the
ACLU Foundation of Oregon, Inc.

Attorneys for Plaintiffs Rummell, West, Chickadonz, Tanner, and Basic Rights Education Fund

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| PAUL RUMMELL and BENJAMIN WEST; LISA CHICKADONZ and CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN KITZHABER, in his official capacity as Governor of Oregon; ELLEN ROSENBLUM, in her official capacity as Attorney General of Oregon; JENNIFER WOODWARD, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority, and RANDY WALRUFF, in his official capacity as Multnomah County Assessor,<br><br>*Defendants*. | No. 6:13-cv-02256-MC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR ATTORNEYS' FEES AND COSTS**<br><br>By Plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund |

1- UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ATTORNEYS' FEES AND COSTS

86959-0002/LEGAL122562744.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

| | |
|---|---|
| DEANNA L. GEIGER and JANINE M. NELSON; ROBERT DUEHMIG and WILLIAM GRIESAR,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN KITZHABER, in his official capacity as Governor of Oregon; ELLEN ROSENBLUM, in her official capacity as Attorney General of Oregon; JENNIFER WOODWARD, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority, and RANDY WALRUFF, in his official capacity as Multnomah County Assessor,<br><br>*Defendants*. | No. 6:13-cv-01834-MC |

## CONFERRAL CERTIFICATION

Misha Isaak, counsel for plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund, conferred in good faith about this motion with Lea Ann Easton, counsel for plaintiffs Deanna Geiger, Janine Nelson, Robert Duehmig and William Griesar; Sheila Potter, counsel for defendants John Kitzhaber, Ellen Rosenblum, and Jennifer Woodward; and Katharine von Ter Stegge, counsel for defendant Randy Walruff. The motion is unopposed.

## MOTION

On June 2, 2014, the Court granted Plaintiffs' Joint Motion for Extension of Time to File Petition for Attorney Fees, setting a deadline of June 17, 2014. On June 19, the Court granted an Unopposed Motion for Extension of Time to File Petition for Attorneys' Fees and Costs by plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund (collectively, the "Rummell plaintiffs"), resetting the deadline to July 1, 2014. The Rummell plaintiffs respectfully request an additional 14 day extension of time to file their

2- UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ATTORNEYS' FEES AND COSTS

86959-0002/LEGAL122562744.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

petition for attorney fees and costs.  Granting this motion for extension of time would make the Rummell plaintiffs' petition for fees and costs due by July 15, 2014.

There is good cause for this motion.  Counsel for the Rummell plaintiffs are negotiating a settlement of their petition for attorney fees and costs with counsel for defendants John Kitzhaber, Ellen Rosenblum, and Jennifer Woodward (the "State defendants").  If a settlement is reached, the Rummell plaintiffs will not need to burden this Court with deciding a contested fee petition.  Counsel for the Rummell plaintiffs and the State defendants require an additional two weeks to determine whether a settlement is possible.

//

//

3- UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ATTORNEYS' FEES AND COSTS

86959-0002/LEGAL122562744.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

As the Court knows, all counsel have worked diligently, effectively, and cooperatively in this matter, and this motion is unopposed. This extension of time, if granted, will have no impact on other existing deadlines.

DATED: July 1, 2014

s/ *Misha Isaak*
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
**Misha Isaak**, OSB No. 086430
MIsaak@perkinscoie.com
Perkins Coie LLP
Telephone: 503.727.2000

**Jennifer Middleton**, OSB No. 071510
JMiddleton@justicelawyers.com
Johnson Johnson & Schaller PC
Telephone: 541.683.2506

Cooperating attorneys on behalf of the
ACLU Foundation of Oregon, Inc.

**Kevin Díaz**, OSB No. 970480
KDiaz@aclu-or.org
ACLU Foundation of Oregon, Inc.
Telephone: 503.227.6928

**Rose Saxe**, *pro hac vice*
RSaxe@aclu.org
American Civil Liberties Union Foundation
Telephone: 212.549.2627

**Amanda Goad**, *pro hac vice*
AGoad@aclu.org
American Civil Liberties Union Foundation
Telephone: 213.977.5244

Attorneys for Plaintiffs Rummell, West, Chickadonz, Tanner, and Basic Rights Education Fund

4- UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ATTORNEYS' FEES AND COSTS

86959-0002/LEGAL122562744.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222