**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
**Misha Isaak**, OSB No. 086430
MIsaak@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Rose Saxe**, *pro hac vice*
RSaxe@aclu.org
**Amanda Goad**, *pro hac vice*
AGoad@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212.549.2627
Facsimile: 212.549.2650

**Jennifer Middleton**, OSB No. 071510
JMiddleton@justicelawyers.com
JOHNSON JOHNSON & SCHALLER PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Telephone:  541.683.2506
Facsimile:  541.484.0882

Cooperating attorneys on behalf of the
ACLU Foundation of Oregon, Inc.

Attorneys for Plaintiffs Rummell, West, Chickadonz, Tanner, and Basic Rights Education Fund

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| PAUL RUMMELL and BENJAMIN WEST; LISA CHICKADONZ and CHRISTINE TANNER; BASIC RIGHTS EDUCATION FUND,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN KITZHABER, in his official capacity as Governor of Oregon; ELLEN ROSENBLUM, in her official capacity as Attorney General of Oregon; JENNIFER WOODWARD, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority, and RANDY WALRUFF, in his official capacity as Multnomah County Assessor,<br><br>*Defendants*. | No. 6:13-cv-02256-MC<br><br>**NOTICE OF SETTLEMENT OF ATTORNEYS' FEES AND COSTS**<br><br>**AND**<br><br>**UNOPPOSED MOTION TO SUSPEND DEADLINE TO FILE PETITION FOR ATTORNEYS' FEES AND COSTS**<br><br>By Plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund |

1- UNOPPOSED MOTION TO SUSPEND DEADLINE TO FILE PETITION FOR ATTORNEYS' FEES AND COSTS

86959-0002/LEGAL122750433.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| | |
|---|---|
| DEANNA L. GEIGER and JANINE M. NELSON; ROBERT DUEHMIG and WILLIAM GRIESAR,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN KITZHABER, in his official capacity as Governor of Oregon; ELLEN ROSENBLUM, in her official capacity as Attorney General of Oregon; JENNIFER WOODWARD, in her official capacity as State Registrar, Center for Health Statistics, Oregon Health Authority, and RANDY WALRUFF, in his official capacity as Multnomah County Assessor,<br><br>*Defendants*. | No. 6:13-cv-01834-MC |

## CONFERRAL CERTIFICATION

Misha Isaak, counsel for plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund, conferred in good faith about this motion with Lea Ann Easton, counsel for plaintiffs Deanna Geiger, Janine Nelson, Robert Duehmig and William Griesar; Sheila Potter, counsel for defendants John Kitzhaber, Ellen Rosenblum, and Jennifer Woodward; and Katharine von Ter Stegge, counsel for defendant Randy Walruff.  The motion is unopposed.

## NOTICE AND MOTION

Plaintiffs Paul Rummell, Benjamin West, Lisa Chickadonz, Christine Tanner, and Basic Rights Education Fund (collectively, the "Rummell plaintiffs") hereby give notice that they have reached a settlement in principle with defendants John Kitzhaber, Ellen Rosenblum, and Jennifer Woodward (collectively, the "State defendants") with respect to recovery of attorneys' fees and costs pursuant to 42 U.S.C. § 1988(b).  The Rummell plaintiffs and the State defendants have not yet had an opportunity to memorialize their settlement in a written instrument; accordingly,

2- UNOPPOSED MOTION TO SUSPEND DEADLINE TO FILE PETITION FOR ATTORNEYS' FEES AND COSTS

86959-0002/LEGAL122750433.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

The Rummell plaintiffs hereby move this Court to suspend the deadline to file a petition for attorneys' fees and costs while they work with the State to finalize the settlement. The Rummell plaintiffs will promptly notify the Court when the settlement is finalized and paid.

As the Court knows, all counsel have worked diligently, effectively, and cooperatively in this matter, and this motion is unopposed. This motion, if granted, will have no impact on other existing deadlines.

DATED: July 15, 2014

s/ *Misha Isaak*

**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
**Misha Isaak**, OSB No. 086430
MIsaak@perkinscoie.com
Perkins Coie LLP
Telephone: 503.727.2000

**Jennifer Middleton**, OSB No. 071510
JMiddleton@justicelawyers.com
Johnson Johnson & Schaller PC
Telephone: 541.683.2506

Cooperating attorneys on behalf of the ACLU Foundation of Oregon, Inc.

**Rose Saxe**, *pro hac vice*
RSaxe@aclu.org
American Civil Liberties Union Foundation
Telephone: 212.549.2627

**Amanda Goad**, *pro hac vice*
AGoad@aclu.org
American Civil Liberties Union Foundation
Telephone: 213.977.5244

Attorneys for Plaintiffs Rummell, West, Chickadonz, Tanner, and Basic Rights Education Fund

3-  UNOPPOSED MOTION TO SUSPEND DEADLINE TO FILE PETITION FOR ATTORNEYS' FEES AND COSTS

86959-0002/LEGAL122750433.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222